IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HUNTER RIDGE MHP LLC, RIVER VALLEY COMMUNITIES,

    Plaintiff,

v.

VIVIAN HENDERSON,

    Defendant *pro se*.

CIVIL ACTION FILE NO.

1:26-CV-00377-TRJ

## **ORDER**

The defendant, Vivian Henderson, seeks to proceed without prepayment of fees and costs or security therefore pursuant to 28 U.S.C. § 1915(a) and has submitted an Application to Proceed in District Court Without Prepaying Fees or Costs [1]. For good cause shown and without regard to the merits of this case, the undersigned **GRANTS** the Application [1]. However, service of process shall not issue at this time. Rather, the Clerk is **DIRECTED** to submit this case to the District Court for a frivolity determination under § 1915(e)(2)(B).

The defendant is required to provide the Court with sufficient copies of any further pleading, an original as well as a service copy for each party until further ordered. The Court will return any papers submitted that have not been properly filed

with the Clerk of the Court or that do not include the correct number of copies. The defendant is further required to keep the Court advised of her current address at all times during the pendency of this suit. *See* N.D. Ga. Civ. R. 41.2(B) (failure to update address/telephone number with Clerk of Court may constitute grounds for dismissal without prejudice or entry of default judgment). The defendant is warned that failure to do so may result in dismissal of this action.

**SO ORDERED**, this 22nd day of January, 2026.

_____
JOHN H. RAINS IV
UNITED STATES MAGISTRATE JUDGE